UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


FILED
MAR 11 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>**MARIO ALONSO MADRIGAL-FELIX,**<br><br>Defendant. | Case No. CR S-12-0291-02 WBS<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release **Mario Alonso Madrigal-Felix** Case CR S-12-0291-02 WBS from custody for the following reasons:

\_\_   Release on Personal Recognizance

\_\_   Bail Posted in the Sum of _____

\_\_   Unsecured bond

\_\_   Appearance Bond with 10% Deposit

\_\_   Appearance Bond secured by Real Property

\_\_   Corporate Surety Bail Bond

**X**   (Other)  **Defendant sentenced to a term of TIME SERVED.**

Issued at Sacramento, CA on March 11, 2013 at 11:30 a.m.

By _____
William B. Shubb,
United States District Judge

Orig & Copy: USM
Copy to Docketing